

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00272-CR

**TOMMY VILLAREAL,**

                                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                                    **Appellee**

---

**From the 66th District Court**
**Hill County, Texas**
**Trial Court No. 38,366**

---

## ORDER

Appellant's brief was originally filed on May 24, 2018. We struck the brief by order issued June 6, 2018 because the brief contained sensitive data. Appellant was ordered to file a new brief without the sensitive data in accordance with Rule 9.10(d) of the Texas Rules of Appellate Procedure. A new brief, with the sensitive data redacted, was filed on June 9, 2018. The State's brief in reply was due July 9, 2018.

It does not appear that appellant served a copy of the June 9, 2018 brief on the State. But it also does not appear that the brief changed in substance, only that the

sensitive data was redacted as ordered.  The State, however, requests in a motion filed on July 6, 2018, that we order appellant to serve the State with a copy of the June 9, 2018 brief and requests additional time to file its brief in response.

The State's motion is denied in part and granted in part.  A copy of appellant's June 9, 2018 brief has been provided to the State by the Court's Clerk.  The State's brief is due 30 days from the date the State was provided with a copy of appellant's June 9, 2018 brief.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied in part and granted in part
Order issued and filed July 18, 2018

